UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sara A.S.,

    Plaintiff,

v.

Andrew Saul, Commissioner of
Social Security,

    Defendant.

Case No. 19-cv-1293 (JNE/ECW)
ORDER

Plaintiff filed this case seeking review of a final decision by Defendant that denied her application for disability insurance benefits. *See* 42 U.S.C. § 405(g). On July 30, 2020, the Honorable Elizabeth Cowan Wright, United States Magistrate Judge, issued a Report and Recommendation ("R&R") recommending that the Court grant Defendant's motion for summary judgment and deny Plaintiff's motion for summary judgment. Plaintiff objected to the R&R. After reviewing the record, the Court adopts the R&R and accepts the recommended disposition. *See* 28 U.S.C. § 636(b)(1); LR 7.2(c)(3).

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment [ECF No. 16] is DENIED.

2. Defendant's Motion for Summary Judgment [ECF No. 18] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 10, 2020

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge